UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: JACK B. SCHEMETTERER
Hearing Date: May 26, 2016
Bankruptcy Case: 16 B 08747
Adversary No.:
Title of Case: In re: Riverside Plaza Developers, LLC

Brief Statement of Motion: Final Pre-Trial Order (Docket no. 87)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

IT IS HEREBY ORDERED that:

The final pre-trial order of May 19, 2016 (Dkt. No. 87) is modified to extend time for parties to file proposed findings of fact and conclusions of law to May 31, 2016 at 12:00 P.M.

By: Jack B. Schmetterer