UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
)
RIVERSIDE PLAZA DEVELOPERS, LLC, )   CASE NO. 16 B 08747
)
Debtor )

**FURTHER SCHEDULING ORDER ON PRELIMINARY HEARING**
(Motion to Modify Stay and Motion for Use of Cash Collateral)

As announced from the bench, the final schedule is as follows:

1. Final evidence from Debtor will be presented June 8, 2016 starting at 2:00 p.m., and Thursday at 1:30 p.m.

2. Debtor's brief in response to Creditor's Brief (Docket No. 129) will be filed by Friday, June 10, 2016, by 2:00 p.m.

3. Oral argument is set Monday, June 13, 2016, at 1:30 p.m. in courtroom 682 on Preliminary Hearing and on Debtor's Motions to set Final Hearing.

4. Creditor has not informed the court of any request for time to offer rebuttal.

5. Pursuant to the foregoing, the stay will remain in effect until ruling on the argument, set June 13, 2016, as aforesaid.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 8th day of June 2016.